# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



**James L. Corpening, Jr.**
Chief U.S. Probation Officer

201 South Evans Street, Room 214
Greenville, NC 27858-1121
252-830-2345
Fax: 252-758-8570

**DATE:** July 11, 2017

**FROM:** Melissa K. Gonigam
U.S. Probation Officer

**SUBJECT:** COOPER, Darrell Germaine
Case No.: 2:04-CR-14-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On June 15, 2005, pursuant to a guilty plea to Possession With Intent to Distribute More Than 50 Grams of Cocaine Base, Darrell Germaine Cooper appeared in United States District Court for Eastern District of North Carolina, and was sentenced to 292 months imprisonment to be followed by 5 years of supervised release. Pursuant to Rule 35, on November 20, 2007, imprisonment was reduced to 180 months. On June 2, 2009, pursuant to 18 U.S.C. § 3582(c)(2), his imprisonment was reduced to 145 months.

The defendant was released from custody on June 27, 2014, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative. Additionally, he has paid all of the ordered restitution ($1,200) and special assessment ($100). He has been on low intensity supervision since July 2016. His supervised release is set to expire on June 26, 2019.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and they have no objection. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_    7-14-17
Terrence W. Boyle    Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 2:04-CR-14-1BO

DARRELL GERMAINE COOPER

    On June 27, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Melissa K. Gonigam<br>Melissa K. Gonigam<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: (252) 830-2345<br>Executed On: July 11, 2017 |

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 17 day of July, 2017.

Terrence W. Boyle  
U.S. District Judge